■ DYNAMICS CORPORATION OF AMERICA, Appellant, v MARINE MIDLAND BANK-NEW YORK, Respondent.—Order, Su-

preme Court, New York County (Ira Gammerman, J.), entered on July 10, 1985, and judgment of said court, entered thereon on July 30, 1985, unanimously affirmed for the reasons stated by Ira Gammerman, J., at Special Term. Respondent shall recover of appellant one bill of $75 costs and disbursements of these appeals. Concur—Ross, J. P., Asch, Fein, Milonas and Wallach, JJ. [128 Misc 2d 739.]